James E. BENNETT, Jr., as Trustee in Bankruptcy of Daniel J. MURPHY, Appellee, v. Donald J. MURPHY, Stella Murphy, etc., Rondout National Bank of Kingston, New York, State of New York National Bank and Stella F. Murphy, Appellants. Rondout National Bank of Kingston, New York, Appellant.

No. 333.

Circuit Court of Appeals, Second Circuit.
April 3, 1933.

Robert J. Howard, of Kingston, N. Y., for appellant.

Hunt, Hill & Betts, of New York City (Robert McLeod Jackson, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree (1 F. Supp. 129) affirmed.

David BURNET, Commissioner of Internal Revenue, Petitioner, v. OIL SYNDICATE TRUST, A. L. Warner, Trustee.

No. 9738.

Circuit Court of Appeals, Eighth Circuit.
May 3, 1933.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., and Sewall Key, Sp. Asst. to Atty. Gen., for petitioner.

C. A. Pidgeon, of Minneapolis, Minn., for respondent.

PER CURIAM.
Petition to review decision of Board of Tax Appeals docketed and dismissed without costs to either party in this court, on motion of petitioner and consent of respondent.

David BURNET, Commissioner of Internal Revenue, Petitioner, v. OIL SYNDICATE TRUST, A. L. Warner, Trustee.

No. 9739.

Circuit Court of Appeals, Eighth Circuit.
May 3, 1933.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., and Sewall Key, Sp. Asst. to the Atty. Gen., for petitioner.

C. A. Pidgeon, of Minneapolis, Minn., for respondent.

PER CURIAM.
Petition to review decision of Board of Tax Appeals docketed and dismissed without costs to either party in this court, on motion of petitioner and consent of respondent.

David BURNET, Commissioner of Internal Revenue, Petitioner, v. OIL SYNDICATE TRUST, A. L. Warner, Trustee.

No. 9740.

Circuit Court of Appeals, Eighth Circuit.
May 3, 1933.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., and Sewall Key, Sp. Asst. to the Atty. Gen., for petitioner.

C. A. Pidgeon, of Minneapolis, Minn., for respondent.

PER CURIAM.
Petition to review decision of Board of Tax Appeals docketed and dismissed without costs to either party in this court, on motion of petitioner and consent of respondent.